**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-6777**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JOSE RUIZ RIVERA, a/k/a Miguelito, a/k/a Miguel,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at New Bern.  James C. Dever III, District Judge.  (4:11-cr-00122-D-1)

Submitted:  November 19, 2018                    Decided:  November 27, 2018

Before MOTZ and THACKER, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jose Ruiz Rivera, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jose Ruiz Rivera appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction based on Amendment 782 to the United States Sentencing Guidelines. We review for abuse of discretion the denial of a § 3582(c)(2) motion. *United States v. Smalls*, 720 F.3d 193, 195 (4th Cir. 2013). We also apply a deferential abuse-of-discretion standard when reviewing a sentence for substantive reasonableness. *Gall v. United States*, 552 U.S. 38, 51 (2007). Because our review of the record reveals no abuse of discretion, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*